Kristin A. Zilberstein, Esq. (SBN: 200041)
Jennifer R. Bergh, Esq. (SBN 305219)
LAW OFFICES OF MICHELLE GHIDOTTI
1920 Old Tustin Ave
Santa Ana, CA 92705

Ph: (949) 427-2010
Fax: (949) 427-2732
kzilberstein@ghidottilaw.com

Attorney for Secured Creditor
Bosco Credit, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In Re: | CASE NO.: 16-42900 |
| JAVAN & TAWANA DEVORE | CHAPTER 13 |
| | RS No.: MRG-100 |
| Debtors. | **MOTION FOR RELIEF FROM THE AUTOMATIC STAY** |
| | Date: July 27, 2018 |
| | Time: 10:00 a.m. |
| | Ctrm: 215 |
| | Place: U.S. Bankruptcy Court |
| | 1300 Clay Street |
| | Oakland, CA 94612 |
| | Judge: Charles Novack |

TO ALL PARTIES IN INTEREST AND TO THEIR ATTORNEYS OF RECORD:

Bosco Credit LLC, its successors and/or assignees, ("Secured Creditor"), moves this Court for an Order Terminating the Automatic Stay of 11 U.S.C. §362 as to moving party (and the Trustee under the Deed of Trust securing moving party's claim) so that moving party and its Trustee may commence and ocntinue all acts necessary to foreclose under the Deed of Trust secured by Debtor's property, commonly known as 3904 Hidden Grove Lane, Concord, CA 94519, ("Property" herein).

As stated in the attached Declaation, the Debtor has failed to make 20 post-petition payments (10/20/2016 through 5/20/2018).

Based on the foregoing, Secured Creditor alleges that it is not adequately protected. Secured Creditor is not receiving regular monthly pyaments, and is unfairly delayed from proceeding with foreclosure of the Property. Accordingly, relief from the automatic stay should be granted to Secured Creditor pursuant to 11 U.S.C. §362(d)(1) and (2).

Secured Creditor holds the original promissory Note dated 6/30/2016, in the principal amount of $77,922.00, which is secured by a Deed of Trust of the same date and is signed by Tawana Devore.

Secured Creditor is entitled to relief under 11 U.S.C. §362(d)(1) and (2).

WHEREFORE, Secured Creditor prays for judgment as follows:

1. For an Order granting relief form the automatic stay, permitting Secured Creditor to proceed with the foreclosure under Secured Creditor's Deed of Trust, and to sell the Property at a trustee's sale under the terms of the Deed of Trust to proceed with any and all post foreclosure sale remedies, including the unlawful detainer action or any other action necessary to obtain possession of the Property.
2. For an Order that the fourteen day stay described by Bankruptcy Rule 4001(a)(3) be waived.

////

3. For an Order modifying the automatic stay to protect Secured Creditor's interest, as the Court deems proper.

4. For attorneys' fees and costs incurred herin.

5. For such other relief as the Court deems proper.

6. The Moving Party, at its option, may offer, provide and enter into any potential forebearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement as allowed by state law. The Movant may contact the Debtor via telephone or written correspondence ot offer such an agreement. Any such agreement shall be non-recourse.

7. Furthermore, Movant may contact the Debtor to comply with California Civil Code Section 3923.5.

Dated: July 11, 2018                LAW OFFICES OF MICHELLE GHIDOTTI

/s/ Kristin A. Zilberstein
Kristin A. Zilberstein, Esq.
Bosco Credit LLC, its successors and/or assignees