Kristin A. Zilberstein, Esq. (SBN: 200041)
Jennifer R. Bergh, Esq. (SBN 305219)
LAW OFFICES OF MICHELLE GHIDOTTI
1920 Old Tustin Ave
Santa Ana, CA 92705

Ph: (949) 427-2010
Fax: (949) 427-2732
kzilberstein@ghidottilaw.com

Attorney for Secured Creditor
Bosco Credit, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In Re: | CASE NO.: 16-42900 |
| JAVAN & TAWANA DEVORE | CHAPTER 13 |
| Debtors. | RS No.: MRG-100 |
| | **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR RELIEF FROM AUTOMATIC STAY** |
| | Date: July 27, 2018 |
| | Time: 10:00 a.m. |
| | Ctrm: 215 |
| | Place: U.S. Bankruptcy Court |
| | 1300 Clay Street |
| | Oakland, CA 94612 |
| | Judge: Charles Novack |

TO ALL PARTIES IN INTEREST AND TO THEIR ATTORNEYS OF RECORD:

Bosco Credit LLC, its successors and/or assignees, ("Secured Creditor"), by and through its undersigned attorney, moves this Court for termination of all stays and injunctions, pursuant to 11 U.S.C. §362(d) and 105 and Federal Rules of Bankruptcy Procedure 4001 and 9014 and regarding the real property commonly known as 3904 Hidden Grove Lane, Concord CA 94519, ("Property" herein).

The relief requested in this Motion is proper for all of the reasons set forth in the Memorandum of Points and Authorities and incorporated herein by this reference.

On or about 10/18/2016, Debtor filed a Voluntary Petition under Chapter 13 of the Bankrutpcy Code. Prusuant to 11 U.S.C. §362, the Petition stays the commencement or continuantion of any proceedings against the Debtor or any act to obtain possession of any property of the Debtor or to enforce any lien against any property of the Debtor. This Court has jurisdiction pursuant to 28 U.S.C. §1334. The filing of this Motion commences a contested matter within the meaning of Bankruptcy Rule 9014.

Pursuant to 11 U.S.C. §362(d)(1), Movant is entitled to relief from the automatic stay to enforce its lien for cause, including lack of adequate protection of any interest in the Property. Failure to make mortgage payments in a Chapter 13 can constitute cause for lifing the stay. The Debtor has the burdent of showing there is no cause to terminate the stay. *In re Ellis,* 60 B.R. 432 (9th Circ. BAP 1985). Where cause is shown, courts have no discretion, but msut grant relief. *In re Ford,* 36 B.R. 501 (Dt 1983). Movant is not receiving regular monthly post-petition payments. Debtor is currently post-petition due for 7/1/2017.

As of 5/31/2018, the amount required to fully reinstate Debtor's loan post-petition si approximately

| Monthly payments: | 3 | at | $1,857.96 | $ | 5,573.88 |
|---|---|---|---|---|---|
| | 2 | at | $1,785.85 | $ | 3571.70 |
| | 1 | at | $1,806.19 | $ | 1,806.19 |
| | 1 | at | $1,809.13 | $ | 1,809.13 |
| | 1 | at | $1,824.79 | $ | 1,824.79 |
| | 1 | at | $1,761.97 | $ | 1,761.97 |
| | 1 | at | $1,827.44 | $ | 1,827.44 |

| | | | | |
|---|---|---|---|---|
| 1 | at | $1,819.75 | $ | 1,819.75 |
| 1 | at | $1,841.22 | $ | 1,841.22 |
| 1 | at | $1,822.45 | $ | 1,822.45 |
| 1 | at | $1,725.90 | $ | 1,725.90 |
| 1 | at | $1,835.95 | $ | 1,835.95 |
| 1 | at | $1,860.66 | $ | 1,860.66 |
| 1 | at | $1,874.70 | $ | 1,874.70 |
| 1 | at | $1,807.05 | $ | 1,807.05 |
| 1 | at | $1,761.95 | $ | 1,761.95 |
| 1 | at | $1,868.05 | $ | 1,868.05 |

| | | |
|---|---|---|
| Bankruptcy Attorney Fee: | $ | 850.00 |
| Bankruptcy Filing Fee: | $ | 181.00 |
| **Total Delinquencies:** | **$** | **37,423.78** |

The sums set forth in this motion do not include any late charges, escrow advances, or other fees and charges that might otherwise be included in the event that a payoff is requested or provided.

The next scheduled monthly payments of $1,752.65 is due 6/20/2018, and continuing each month thereafter. However, this amount may be subject to change pursuant to the terms of the applicable loan documents.

Movant is not adequately protected. Movant is not receiving regular monthly payments, and is unfairly delayed from proceeding with the foreclosure of the Property. Accordingly, relief from the automatic stay should be granted to Movant pursuant to 11 U.S.C. §362(d)(1).

Dated: July 11, 2018                LAW OFFICES OF MICHELLE GHIDOTTI

/s/ Kristin A. Zilberstein
Kristin A. Zilberstein, Esq.
Bosco Credit LLC, its successors and/or assignees