1  Kristin A. Zilberstein, Esq. (SBN: 200041)
   Jennifer R. Bergh, Esq. (SBN 305219)
2  LAW OFFICES OF MICHELLE GHIDOTTI
3  1920 Old Tustin Ave
   Santa Ana, CA 92705
4

5  Ph:  (949) 427-2010
   Fax: (949) 427-2732
6  kzilberstein@ghidottilaw.com

7  Attorney for Secured Creditor
   Bosco Credit, LLC
8

9

10                  UNITED STATES BANKRUPTCY COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                          OAKLAND DIVISION

13  In Re:                          )   CASE NO.:  16-42900
                                    )
14  JAVAN & TAWANA DEVORE           )   CHAPTER 13
                                    )
15                                  )
                                    )   RS No.: MRG-100
16      Debtors.                    )
                                    )
17                                  )   **NOTICE OF MOTION FOR**
                                    )   **RELIEF FROM AUTOMATIC**
18                                  )   **STAY**
                                    )
19                                  )
                                    )   Date:   July 27, 2018
20                                  )   Time:   10:00 a.m.
                                    )   Ctrm:   215
21                                  )   Place:  U.S. Bankruptcy Court
                                    )           1300 Clay Street
22                                  )           Oakland, CA 94612
                                    )
23                                  )
                                    )   Judge: Charles Novack
24                                  )
                                    )
25                                  )
                                    )
26                                  )

27

28

Case: 16-42900   Doc# 64   Filed: 07/11/18   Entered: 07/11/18 11:03:32   Page 1 of 2

TO ALL PARTIES IN INTEREST AND TO THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that on the above date and time, in the Court located at 1300 Clay Street, Oakland, CA 94612, Bosco Credit LLC, its successors and/or assignees, herein will move this Court for an Order granting relief from the automatic stay on the grounds set forth in the attached Motion for Relief from the Automatic Stay.

Please take notice that unless the Debtor or Debtor's counsel appears in opposition to the Motion, the Mtion may be granted without further hearing.

Dated: July 11, 2018                    LAW OFFICES OF MICHELLE GHIDOTTI


                                        /s/ Kristin A. Zilberstein
                                        Kristin A. Zilberstein, Esq.
                                        Bosco Credit LLC